Form B6F (10/05)

In re    JEMSEK CLINIC, P.A.                                                        Case No.    06-31766
         Debtor                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Dash Courier Service <br> P O Box 11049 <br><br> Charlotte NC 28220-1049, | | | Unsecured -Trade | | | | $ 112.53 |
| ACCOUNT NO. <br> David M. Chilman <br> PO Box 98836 <br><br> Raleigh NC 27624-8836, | | | Unsecured -Trade | | | | $ 22,301.00 |
| ACCOUNT NO. <br> DHL Express Inc. <br> PO Box 4723 <br><br> Houston TX 77210, | | | Unsecured -Trade | | | | $ 48.00 |
| ACCOUNT NO. <br> Diversified Telecom <br> 301 S. McDowell St. <br><br> Charlotte NC 28204, | | | Unsecured -Trade | | | | $ 584.30 |
| ACCOUNT NO. <br> Drum, Sharon <br> 7920 Mariners Pointe Circle <br><br> Denver, | | | Unsecured - Employee - Expenses | | | | $ 20.47 |

Sheet No.  3  of  12  sheets attached to Schedule of               Subtotal ▶  $     23,066.30
Creditors Holding Unsecured Nonpriority Claims
                                                                                Total ▶ $       -
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

Form B6F (10/05)

In re  JEMSEK CLINIC, P.A.  
      Debtor

Case No.  06-31766  
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Etactics  PO Box 551  Medina OH 44258, | | | Unsecured -Trade | | | | $ 427.31 |
| ACCOUNT NO.  Federal Express  PO Box 94515  Palatine IL 60094-4515, | | | Unsecured -Trade | | | | $ 182.11 |
| ACCOUNT NO.  First-Citizens Bank & Trust Company  C/o Loan Servicing Dept - DAC20  PO Box 26592  Raleigh, NC 27611-6592, | | | Unsecured - Loan | | | | $ 435,758.18 |
| ACCOUNT NO.  Fluent Language Solutions  PO Box 563308  Charlotte NC 28256-3308, | | | Unsecured -Trade | | | | $ 144.24 |
| ACCOUNT NO.  Forms & Supply Inc.  PO Box 563953  Charlotte NC 28256, | | | Unsecured -Trade | | | | $ 657.03 |

Sheet No. 4 of 12 sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 437,168.87

Total ▶ $ -  
(Use only on last page of the completed Schedule F)  
(Report total also on Summary of Schedules)

Form B6F (10/05)

In re    JEMSEK CLINIC, P.A.                                    Case No.    06-31766
        Debtor                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. GE Medical Systems PO Box 402076 Atlanta GA 303842076, | | | Unsecured -Trade | | | | $ 468.75 |
| ACCOUNT NO. Hartford Insurance PO Box 2907 Hartford CT 06104-2907, | | | Unsecured -Trade | | | | $ 1,045.50 |
| ACCOUNT NO. Hirease, Inc. PO Box 2559 Southern Pines NC 28388, | | | Unsecured -Trade | | | | $ 68.00 |
| ACCOUNT NO. ImageFIRST Healthcare Laundry Services PO Box 7416 St. Davids PA 19087-7416, | | | Unsecured -Trade | | | | $ 162.74 |
| ACCOUNT NO. Inland Mid-Atlantic Management Corp. 4687 Paysphere Cir. Chicago IL 60674, | | | Unsecured -Trade | | | | $ 4,361.62 |

Sheet No. 5 of 12 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 6,106.61

Total ▶ $ -
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

Form B6F (10/05)

In re __JEMSEK CLINIC, P.A.__                                      Case No.  __06-31766__
          Debtor                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  James A. Wilson  5322 Highgate Drive Suite 243  Durham NC 27713, | | | Unsecured -Trade | | | | $ 18,119.87 |
| ACCOUNT NO.  Jemsek, Joseph G.  2215 Sharon Lane  Charlotte, | | | Unsecured - Loan | | | | $ 115,000.00 |
| ACCOUNT NO.  Jemsek, Kay  2215 Sharon Lane  Charlotte, | | | Unsecured - Loan | | | | $ 54,000.00 |
| ACCOUNT NO.  Kwik Kopy Business Center  16735 Cranlyn Rd. Suite A  Huntersville NC 28078, | | | Unsecured -Trade | | | | $ 117.61 |
| ACCOUNT NO.  Linde Gas, LLC  PO Box 534109  Atlanta GA 303534109, | | | Unsecured -Trade | | | | $ 256.29 |

Sheet No. 6 of 12 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 187,493.77

Total ► $    -
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

Form B6F (10/05)

In re __JEMSEK CLINIC, P.A.__      Case No. __06-31766__
    Debtor                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> McCollister, Angela <br> 136 Sailwinds Road <br> Mooresville, | | | Unsecured - Employee - Expenses | | | | $ 8.10 |
| ACCOUNT NO. <br> McGuireWoods, LLP <br> 901 E. Cary St. <br> Richmond VA 23286-0645, | | | Unsecured -Trade | | | | $ 2,643.00 |
| ACCOUNT NO. <br> Medical Arts Press <br> PO BOX 94777 <br> Palatine IL 60094-4777, | | | Unsecured -Trade | | | | $ 419.06 |
| ACCOUNT NO. <br> MGMA <br> PO Box 17603 <br> Denver CO 80217-0603, | | | Unsecured -Trade | | | | $ 23,239.06 |
| ACCOUNT NO. <br> MHC Services, Inc. <br> 2103 Sullivan Street <br> Greensboro NC 27405, | | | Unsecured -Trade | | | | $ 338.13 |

Sheet No. 7 of 12 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 26,647.35

Total ► $ -
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

Form B6F (10/05)

In re _____JEMSEK CLINIC, P.A._____    Case No. ___06-31766_____
         Debtor                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MISYS<br>PO Box 751585<br>Charlotte NC 28275-1585, | | | Unsecured -Trade | | | | $ 738.80 |
| ACCOUNT NO.<br>Nalle Pharmacy<br>1918 Randolph Road<br>Charlotte NC 28207, | | | Unsecured -Trade | | | | $ 80.63 |
| ACCOUNT NO.<br>Nexsen Pruet Adams Kleemeier<br>PO Drawer 2426<br>Columbia SC 29202, | | | Unsecured -Trade | | | | $ 58.00 |
| ACCOUNT NO.<br>Pensys<br>2233 Watt Ave. Ste. 330<br>Sacramento CA 95825, | | | Unsecured -Trade | | | | $ 1,290.00 |
| ACCOUNT NO.<br>Physician Sales & Service, Inc.<br>PO Box 680938<br>Charlotte NC 28216, | | | Unsecured -Trade | | | | $ 6,503.63 |

Sheet No. 8 of 12 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 8,671.06

Total ► $ --
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

Form B6F (10/05)

In re __JEMSEK CLINIC, P.A.__   Case No. __06-31766__
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Pride Publishing PO Box 221841 Charlotte, NC 28222, | | | Unsecured -Trade | | | | $ 618.00 |
| ACCOUNT NO. Purchase Power PO Box 856042 Louisville KY 40285-6042, | | | Unsecured -Trade | | | | $ 1,446.96 |
| ACCOUNT NO. Quest Diagnostics PO Box 740736 Atlanta GA 30374-0736, | | | Unsecured -Trade | | | | $ 55,446.96 |
| ACCOUNT NO. Scottish Bank 325 South Sharon Amity Rd. Charlotte, NC 28211, | | | Unsecured - Loan | | | | $ 1,220,012.00 |
| ACCOUNT NO. Shred-It Charlotte 1859 Lindbergh St. Suite 200 Charlotte NC 28208, | | | Unsecured -Trade | | | | $ 495.00 |

Sheet No. 9 of 12 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 1,278,018.92

Total ▶ $ -
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

Form B6F (10/05)

In re  JEMSEK CLINIC, P.A.  
　　　　Debtor

Case No.  06-31766  
　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SIM<br>PO Box 36612<br>Charlotte, NC 28236-6612, | | | Unsecured -Trade | | | | $ 7,062.25 |
| ACCOUNT NO.<br>Stericycle, Inc.<br>PO Box 9001590<br>Louisville KY 40290-1590, | | | Unsecured -Trade | | | | $ 161.52 |
| ACCOUNT NO.<br>Study Manager<br>520 Pike St. Suite 2522<br>Seattle WA 98101, | | | Unsecured -Trade | | | | $ 54.00 |
| ACCOUNT NO.<br>Techstructures<br>1950 Abbott St Suite 601<br>Charlotte NC 28203, | | | Unsecured -Trade | | | | $ 671.70 |
| ACCOUNT NO.<br>Teleco, Inc.<br>7580 E. Independence Blvd.<br>Charlotte NC 28227 , | | | Unsecured -Trade | | | | $ 145.00 |

Sheet No. 10 of 12 sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 8,094.47

Total ► $  -  
(Use only on last page of the completed Schedule F)  
(Report total also on Summary of Schedules)

Form B6F (10/05)

In re　　JEMSEK CLINIC, P.A.　　　　　　　　　　　　　　　　　　　　　　　　　　Case No.　　06-31766
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>The Charlotte Observer<br>PO Box 32188<br>Charlotte NC 28232-2188, | | | Unsecured -Trade | | | | $ 2,988.65 |
| ACCOUNT NO.<br>Time Warner Cable<br>PO Box 70872<br>Charlotte, NC, | | | Unsecured -Trade | | | | $ 58.06 |
| ACCOUNT NO.<br>Time Warner Telecom<br>PO Box 172567<br>Denver CO 80217-2567, | | | Unsecured -Trade | | | | $ 3,828.80 |
| ACCOUNT NO.<br>Verizon Wireless<br>PO Box 660108<br>Dallas TX 75266-0108, | | | Unsecured -Trade | | | | $ 497.34 |
| ACCOUNT NO.<br>Virtual Officeware, Inc.<br>PO Box 76828<br>Cleveland, OH 44101, | | | Unsecured -Trade | | | | $ 3,312.00 |

Sheet No. 11 of 12 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 10,684.85

Total ▶ $ -
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

Form B6F (10/05)

In re   JEMSEK CLINIC, P.A.   
　　　　Debtor

Case No.   06-31766   
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Womble Carlyle Sandridge & Rice, PLLC 301 South College St. Suite 3500 Charlotte NC 28202-6037, | | | Unsecured -Trade | | | | $ 3,070.00 |
| ACCOUNT NO. | | | | | | | $ - |
| ACCOUNT NO. | | | | | | | $ - |
| ACCOUNT NO. | | | | | | | $ - |
| ACCOUNT NO. | | | | | | | $ - |

Sheet No. 12 of 12 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 3,070.00

Total ► $ 2,006,985.80  
(Use only on last page of the completed Schedule F)  
(Report total also on Summary of Schedules)

Form B6G
(10/05)

In re _____ JEMSEK CLINIC, P.A. _____ Case No. _____ 06-31766 _____
                            Debtor                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all Executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007 (m)

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTACT. |
|---|---|
| AIG Life Insurance Co.<br>PO Box 62046<br><br>Baltimore, MD | Insurance Contract |
| Air Products and Chemicals, Inc.<br>PO Box 360545M<br><br>Pittsburgh, PA 15251 | Service Agreement |
| Bank of America<br>PO Box 30137<br><br>Tampa, FL 33630 | Vehicle Financing |
| BCBS of North Carolina<br>PO Box 30071<br><br>Durham, NC 27702 | Insurance Contract |
| Bell South Advertising and Publishing<br>PO Box 105852<br><br>Atlanta, GA 30348 | Service Agreement |
| Bentley, Susan W.<br>PO Box 740249<br><br>Tuscumbia, AL 35674 | Contract Employee |
| Carolina Cryogenics<br>2800 A.B. Jackson Rd<br><br>Clinton, SC 29325 | Service Agreement |

Sheet No. 1
of        6

Form B6G
(10/05)

In re _____ JEMSEK CLINIC, P.A. _____     Case No. _____ 06-31766 _____
              Debtor                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all Executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007 (m)

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTACT. |
|---|---|
| CD Capital<br>PO Box 41601   Ref. No. 24679173<br><br>Philadelphia, PA 19101-1601 | Service Agreement |
| Charlotte Copy Data<br>4404 A Stuart Andrew Blvd.<br><br>Charlotte, NC 28217 | Service Agreement/Copier Leases |
| Cieza, Octavio<br>120 Clusters Circle<br><br>Mooresville, NC 28117 | Employment Agreement |
| CPI Security Systems<br>PO Box 580375<br><br>Charlotte , NC | Service Agreement |
| Cruickshank, Frederick A.<br>8544 Townley Rd. Apt. 3G<br><br>Huntersville, NC 28078 | Employment Agreement |
| CT Communications<br>PO Box 70526<br><br>Charlotte,, NC 28272 | Service Agreement |
| Diversified Telecom<br>301 S. McDowell St.<br><br>Charlotte , NC 28204 | Service Agreement |

Sheet No. 2
of        6

Form B6G
(10/05)

In re _____JEMSEK CLINIC, P.A._____   Case No. _____06-31766_____
                    Debtor                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all Executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007 (m)

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTACT. |
|---|---|
| Dr. Lauri Byerley<br>11926 Ulsten Lane<br><br>Huntersville, NC 28078 | Contract Employee |
| Eastern Life and Health<br>PO Box 83011<br><br>Lancaster, PA 17608 | Insurance Contract |
| GE Medical Systems<br>PO Box 402076<br><br>Atlanta, GA 30384-2076 | Service Agreement |
| Guardian<br>PO Box 95101<br><br>Chicago, IL 60694 | Insurance Contract |
| Hartford Insurance<br>PO Box 2907<br><br>Hartford, CT 06104-2907 | Insurance Contract |
| Inland Mid-Atlantic Management Corp.<br>4687 Paysphere Cir.<br><br>Chicago, IL 60674 | Real Estate Lease |
| Market Impact Associates<br>PO Box 3573<br><br>Huntersville, NC 28070 | Marketing Agreement |

Sheet No. 3
of 6

Form B6G
(10/05)

In re   _____JEMSEK CLINIC, P.A._____   Case No. _____06-31766_____
                    Debtor                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all Executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007 (m)

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTACT. |
|---|---|
| Medical Mutual<br>P O Box 30728  Dept. 251<br><br>Charlotte, NC 28230 | Insurance Contract |
| MHC Services, Inc.<br>2103 Sullivan Street<br><br>Greensboro , NC 27405 | Service Agreement |
| MISYS<br>PO Box 751585<br><br>Charlotte, NC 28275-1585 | Service Agreement |
| National Welders<br>PO Box 34513 | Service Agreement |
| Pensys, Inc.<br>8816 Red Oak Blvd Suite 120<br><br>Charlotte, NC 28217 | Service Agreement |
| Pitney Bowes - Purchase Power<br>PO Box 856042<br><br>Louisville , KY 40285 | Service Agreement |
| Quest Diagnostics<br>PO Box 740736<br><br>Atlanta, GA   30374-0736 | Service Agreement |

Sheet No.                                  4
of                                              6

Form B6G
(10/05)

In re _____ JEMSEK CLINIC, P.A. _____   Case No. _____ 06-31766 _____
               Debtor                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all Executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007 (m)

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTACT. |
|---|---|
| Rosedale Infectious Disease, LLC<br>16630 North cross Drive<br><br>Huntersville, NC 28078 | Any and All Contracts |
| Rosedale Medical Center<br>16630 North cross Drive<br><br>Huntersville, NC 28078 | Real Estate Leases |
| Rowan Regional Medical Center<br>612 Mocksville Ave<br><br>Salisbury, NC 28144 | Use of Premises - no monetary amounts |
| Southeast Toyota Finance<br>PO Box 31453<br><br>Tampa, FL 33631 | Service Agreement |
| Stephanie Burns<br>8001 Bradenton Dr.<br><br>Charlotte, NC 28210 | Contract Employee |
| Techstructures<br>1950 Abbott St Suite 601<br><br>Charlotte, NC 28203 | Service Agreement |
| Time Warner Cable<br>3140 W. Arrowood Road<br><br>Charlotte, NC 28273 | Service Agreement |

Sheet No. 5
of         6

Form B6G
(10/05)

In re _____ JEMSEK CLINIC, P.A. _____ Case No. _____ 06-31766 _____
          Debtor                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all Executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007 (m)

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTACT. |
|---|---|
| Time Warner Telecom<br>PO Box 172567<br><br>Denver, CO 80217-2567 | Service Agreement |
| Verizon Wireless<br>PO Box 660108<br><br>Dallas, TX 75266-0108 | Service Agreement |
| Virtual Officeware<br>PO Box 76828<br><br>Cleveland, OH 44101 | Service Agreement |
| , | |
| , | |
| , | |
| , | |

Sheet No. 6
of 6

FORM B6H
(10/05)

In re _____JEMSEK CLINIC, P.A._____,     Case No. _____06-31766_____
                    Debtor                                                         (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| First-Citizens Bank & Trust Company<br>Mecklenburg Commercial Banking<br>C/o Loan Servicing Dept - DAC20<br>PO Box 26592<br>Raleigh, NC  27611-6592<br>Upfit Loan | Joseph G. Jemsek, MD<br>14330 Oakhill Park Lane #200<br>Huntersville, NC  28078 |
| First-Citizens Bank & Trust Company<br>Mecklenburg Commercial Banking<br>C/o Loan Servicing Dept - DAC20<br>PO Box 26592<br>Raleigh, NC  27611-6592<br>Equipment Line | Joseph G. Jemsek, MD<br>16630 Northcross Dr. Ste 102<br>Huntersville, NC  28078 |
| First-Citizens Bank & Trust Company<br>C/o Loan Servicing Dept - DAC20<br>PO Box 26592<br>Raleigh, NC  27611-6592<br>Line of Credit | Joseph G. Jemsek, MD<br>16630 Northcross Dr. Ste 102 |
| The Scottish Bank<br>1057 Providence Road<br>Charlotte, NC  28207 | Joseph G. Jemsek, MD<br>16630 Northcross Dr. Ste 102 |

Official Form 6 -Decl.
(10/05)

In re  __JEMSEK CLINIC, P.A.__,  Case No. __06-31766__
       Debtor                                (if Known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __58__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date _____    Signature _____

Date _____    Signature _____

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
                                                          (Required by 11 U.S.C. 110.)

If the bankruptcy petition is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document.

Address

X _____          _____
Signature of Bankruptcy Petition Preparer                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. 110; 18 U.S.C. 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the __Owner__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the __Jemsek Clinic, PA__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the following summary and schedules, consisting of __58__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date __10-31-06__    Signature __Joseph G Jemsek__
                     __Joseph G. Jemsek__
                     [Print or type name of individual signing on behalf of debtor]

[An individual signing on behalf of a partnership or corporation must indicated position or relationship to debtor.]

---

_____ Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 and 3571.