IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| Jemsek Clinic, P.A. d/b/a Jemsek Specialty Clinic ) | |
| d/b/a Lyme and Related Diseases, PLLC f/k/a ) | Case No. 06-31766 |
| Jemsek Clinic, PLLC ) | |
| Debtor(s). ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERIC OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appears in the above-captioned case as counsel for Joseph Stanly Jabkiewicz, Administrator of the Estate of Kathleen Marie Jabkiewicz, and requests copies of all notices, pleadings and all other filings in the above-captioned case including, without limitation, those pursuant to Bankruptcy Rules 2002, 3017, 4001 and 9007.

Joseph Stanly Jabkiewicz, Administrator of the Estate of Kathleen Marie Jabkiewicz, requests that all counsel of record provide the following person with copies of all notices, pleadings and all other filings in the above-captioned case. All counsel of record are requested to direct all written or telephonic correspondence as follows:

> Harold C. Spears, Esquire
> Caudle & Spears, P.A.
> 2600 Interstate Tower
> 121 West Trade Street
> Charlotte, NC  28202
> Telephone:  (704) 377-1200
> Facsimile:  (704) 338-5858
> E-mail:  hspears@caudlespears.com

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

Joseph Stanly Jabkiewicz, Administrator of the Estate of Kathleen Marie Jabkiewicz, additionally requests that the Debtor and the Clerk of the Court place the undersigned counsel and his address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

Neither this Request for Notices nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct shall constitute a waiver of the within party's:

A. Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

B. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related thereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H);

C. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and,

D. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution, all of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Date:   February 2, 2007

    Caudle & Spears, P.A.
    Attorneys for Joseph Stanly Jabkiewicz,
    Administrator of the Estate of Kathleen
    Marie Jabkiewicz

    By:

    _____/s/ Harold C. Spears_____
    Harold C. Spears
    N.C. State Bar No. 8989
    2600 Interstate Tower
    121 West Trade Street
    Charlotte, NC 28202
    Telephone:  (704) 377-1200
    Facsimile:   (704) 338-5858
    E-mail:  hspears@caudlespears.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| Jemsek Clinic, P.A. d/b/a Jemsek Specialty Clinic ) | |
| d/b/a Lyme and Related Diseases, PLLC f/k/a ) | Case No. 06-31766 |
| Jemsek Clinic, PLLC ) | |
| Debtor(s). ) | |

## CERTIFICATE OF SERVICE

I, Harold C. Spears, Attorney for Joseph Stanly Jabkiewicz, Administrator of the Estate of Kathleen Marie Jabkiewicz, certify that on the 2nd day of February, 2007, I served a copy of the foregoing Notice of Appearance and Request for Notices to the parties in interest by electronic notice or by depositing copies hereof in a depository under the exclusive care and custody of the United States Postal Service, postage prepaid, in an envelope addressed to each individual/entity listed by the Debtor pursuant to Rule 1007 (d) of the Federal Rules of Bankruptcy Procedure as follows:

| | | |
|---|---|---|
| American Express<br>P.O. Box 540448<br>Dallas, TX  75265 | American Express Bank, FSB<br>c/o Gilbert B. Weisman, Esq.<br>Becket and Lee, LLP<br>Post Office Box 3001<br>Malvern, PA  19355-0701 | Beck, Lindsey & Frame, LLP<br>Attn:  Robert Beck<br>4500 Cameron Valley<br>Suite 130<br>Charlotte, NC  28211 |
| Bell South Advertising and Publishing<br>Post Office Box 105852<br>Atlanta, GA  30348 | Susan W. Bentley<br>Post Office Box 740249<br>Tuscumbia, AL  35674 | Linda Boyle<br>Time Warner Telecom<br>10475 Park Meadows Drive, #400<br>Littleton, CO  80124 |
| John Bramlett<br>US Bankruptcy Administrator<br>402 West Trade Street<br>Suite 200<br>Charlotte, NC  28202 | Stephanie Burns<br>8001 Bradenton Drive<br>Charlotte, NC  28210 | Dr. Lauri Byerley<br>11926 Ulsten Lane<br>Huntersville, NC  28078 |
| Carolina Cryogenics<br>2800 A.B. Jackson Road<br>Clinton, SC  29325 | CD Capital<br>1111 Old Eagle School Road<br>Wayne, PA  19087-8608 | CD Capital<br>Post Office Box 41601<br>Ref. No. 24679173<br>Philadelphia, PA  19101-1601 |

| | | |
|---|---|---|
| Charlotte Copy Data<br>4404 A Stuart Andrew Blvd.<br>Charlotte, NC  28217 | Octavio Cieza<br>120 Clusters Circle<br>Mooresville, NC  28117 | *The Charlotte Observer*<br>Attn:  Kathy Snipes<br>600 S. Tryon Street<br>Charlotte, NC  28202 |
| David M. Chilman<br>9005 Hometown Drive<br>Raleigh, NC  27615 | James P. Cooney, III, Esq.<br>WOMBLE CARLYLE SANDRIDGE<br>& RICE, PLLC<br>One Wachovia Center<br>Suite 3500<br>301 South College Street<br>Charlotte, NC  28202-6037 | CPI Security Systems<br>Post Office Box 580375<br>Charlotte, NC |
| Frederick A. Cruickshank<br>8544 Townley Road, Apt. 3G<br>Huntersville, NC  28078 | CT Communications<br>Post Office Box 70526<br>Charlotte, NC  28272 | Diversified Telecom<br>301 S. McDowell Street<br>Charlotte, NC  28204 |
| Paul A. Fanning<br>Counsel for First Citizens Bank<br>Ward and Smith, P.A.<br>Post Office Box 8088<br>Greenville, NC  27835-8088 | First Citizens Bank<br>Attn:  Greg Jones<br>First Citizens Bank Plaza<br>128 S. Tryon St., 2nd Floor<br>Charlotte, NC  28202 | Florida Infusion Pharmacy<br>4190 Corporate Court Palm<br>Palm Harbor, FL  34683 |
| GE Medical Systems<br>Post Office Box 402076<br>Atlanta, GA  30384-2076 | Joseph W. Grier, III<br>Attorney at Law<br>Grier, Furr & Crisp, P.A.<br>101 N. Tryon Street, Ste. 1240<br>One Independence Center<br>Charlotte, NC  28246 | Inland Mid-Atlantic<br>Management Corp.<br>4687 Paysphere Cir.<br>Chicago, IL  60674 |
| Internal Revenue Service<br>Insolvency I<br>320 Federal Place, Room 335<br>Greensboro, NC  27401 | Thomas L. Jacob<br>A6313<br>Air Products and Chemicals, Inc.<br>7201 Hamilton Boulevard<br>Allentown, PA  19195-1501 | Dr. Joseph G. Jemsek<br>Jemsek Clinic, P.A.<br>14330 Oakhill Park Lane<br>Huntersville, NC  28078 |
| R. Keith Johnson<br>Attorney for First Citizens Bank & Trust Company<br>312 West Trade Street<br>Suite 600<br>Charlotte, NC  28202 | McGuire Woods, LLP<br>901 E. Cary Street<br>Richmond, VA  23286-0645 | Mecklenburg County Tax Collector<br>700 E. Stonewall Street<br>Charlotte, NC  28202 |

| | | |
|---|---|---|
| MGMA<br>104 Inverness Terrace E.<br>Englewood, CO  80112-5306 | MHC Services, Inc.<br>2103 Sullivan Street<br>Greensboro, NC  27405 | MISYS<br>Post Office Box 751585<br>Charlotte, NC  28275-1585 |
| Travis W. Moon, Esq.<br>Hamilton, Moon, Stephens,<br>Steele & Martin, PLLC<br>2020 Charlotte Plaza<br>201 S. College Street<br>Charlotte, NC 28244 | National Welders<br>Post Office Box 34513<br>Charlotte, NC  28234 | North Carolina Department of Revenue<br>Post Office Box 1168<br>Raleigh, NC  27602 |
| Cindy G. Oliver<br>Counsel for Bank of America, N.A.<br>Oliver & Oliver, PLLC<br>Post Office Box 10349<br>Raleigh, NC  27605 | Pensys<br>Attention:  Managing Agent<br>8816 Red Oak Blvd.<br>Suite 120<br>Charlotte, NC  28217 | William Walt Pettit, Esq.<br>Counsel for The Scottish Bank<br>Kellam & Pettit, P.A.<br>2701 Coltsgate Road<br>Suite 300<br>Charlotte, NC  28211 |
| Physician Sales & Services, Inc.<br>Attn:  Thomas Elrod<br>6701-A Northpark Blvd.<br>Charlotte, NC 28216 | Pitney Bowes-Purchase Power<br>Attention:  Managing Agent<br>Post Office Box 856042<br>Louisville, KY  40285 | Joyce Poole<br>Market Impact Associates<br>Post Office Box 3573<br>Huntersville, NC  28070 |
| Quest Diagnostics<br>Attn:  Becky Matthews<br>330 Billingsley Road<br>Charlotte, NC  28211 | Quest Diagnostics<br>Post Office Box 740736<br>Atlanta, GA  30374-0736 | Rosedale Infectious Disease, LLC<br>16630 North Cross Drive<br>Huntersville, NC  28078 |
| Rosedale Medical Center<br>16630 North Cross Drive<br>Huntersville, NC  28078 | Rowan Regional Medical Center<br>612 Mocksville Avenue<br>Salisbury, NC  28144 | Elaine Rudisill<br>The Finley Group<br>South Park Towers<br>Suite 1220<br>6100 Fairview Road<br>Charlotte, NC  28210 |
| Michael F. Ruggio, Esq.<br>7546 Clifton Road<br>Clifton, VA  20124 | Scottish Bank<br>Attn:  Rob Thomas<br>325 S. Sharon Amity Road<br>Charlotte, NC  28211 | Securities and Exchange Commission<br>Branch of Reorganization<br>Suite 1000<br>3475 Lenox Road, NE<br>Atlanta, GA  30326-1232 |

| | | |
|---|---|---|
| SIM<br>Attn:  Martha Mcinnes<br>115 S. Torrence Street<br>Charlotte, NC  28204 | L.D. Simmons, II, Esq.<br>Stephen D. Allred, Esq.<br>Mark W. Kinghorn, Esq.<br>Helms, Mulliss & Wicker, PLLC<br>210 North Tryon Street<br>Charlotte, NC  28202 | Southeast Toyota Finance<br>Post Office Box 31453<br>Tampa, FL  33631 |
| Techstructures<br>1950 Abbott Street, Suite 601<br>Charlotte, NC  28203 | Verizon Wireless<br>Post Office Box 660108<br>Dallas, TX  75266-0108 | Virtual Officeware<br>Post Office Box 76828<br>Cleveland, OH  44101 |
| James A. Wilson<br>5322 Highgate Drive<br>Suite 243<br>Durham, NC  27713 | | |

Caudle & Spears, P.A.
Attorneys for Joseph Stanly Jabkiewicz, Administrator of the Estate of Kathleen Marie  Jabkiewicz

By:

  /s/ Harold C. Spears
Harold C. Spears
N.C. State Bar No. 8989
2600 Interstate Tower
121 West Trade Street
Charlotte, NC 28202
Telephone:  (704) 377-1200
Facsimile:   (704) 338-5858
E-mail:  hspears@caudlespears.com

{W0215407-1 }                                         6