IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

In re:                                                    ) Chapter 11
                                                          )
JEMSEK CLINIC, P.A. d/b/a                                 ) Case No. 06-31766
JEMSEK SPECIALTY CLINIC,                                  )
LYME AND RELATED DISEASES, PLLC                           )
                                                          )
            Debtor.                                       )

**QUARTERLY FEE STATEMENT**
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

FOR CALENDAR QUARTER ENDING December 31, 2008.

**DISBURSEMENTS***

| 1. | MONTH | DISBURSEMENTS |
|---|---|---|
|  | October 2008 | $ 0.00 |
|  | November 2008 | $ 0.00 |
|  | December 2008 | $ 0.00 |
|  | **TOTAL DISBURSEMENTS FOR QUARTER** | **$ 0.00** |
| 2. | QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. § 1930 (a)(7) | $325.00 |
| 3. | QUARTERLY FEE PAID | $325.00 |
| 4. | AMOUNT OF UNPAID FEES (IF ANY) | $ N/A |

I, Joseph G. Jemsek, acting as the duly authorized agent for the Debtor-In-Possession, declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 1-8-09.

                                                          _____
                                                          [signature: Joseph G. Jemsek]

The check for payment of the quarterly fee should be attached to the original of this
Quarterly Fee Statement filed with the clerk of court.

*For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

{00167330.DOC V.3 J039.014039;}