FILED & JUDGMENT ENTERED
Steven T. Salata

Mar 18 2015

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

IN RE:

**JOSEPH GREGORY JEMSEK**

Debtor

Bankruptcy Case No. 06-31986
Chapter 11

IN RE:

**JEMSEK CLINIC, P.A.**

Debtor

Bankruptcy Case No. 06-31766
Chapter 11

**ORDER DIRECTING JOINT ADMINISTRATION
PURSUANT TO BANKRUPTCY RULE 1015(b)**

Upon consideration of the motion (the "Motion") of the Debtors for an order directing joint administration of their Chapter 11 cases; and the Court having found that good and sufficient cause exists for granting the Motion; and it appearing that joint administration of these cases for procedural purposes will be in the best interests of the Debtors' creditors and estates and will further the economic and efficient administration of these cases; and it further appearing that notice of the Motion was adequate and proper under the circumstances of these cases and that no further notice of the Motion is required; it is, hereby

**ORDERED,** for the reasons set forth in the Motion, that the above-captioned cases shall be jointly administered by this Court for procedural purposes only; and it is further

**ORDERED,** that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting substantive consolidation of the above-captioned cases; and it is further

**ORDERED,** that the caption of the jointly administered Chapter 11 cases shall be as follows:

IN RE:

**JOSEPH GREGORY JEMSEK**

**JEMSEK CLINIC, P.A.**

                    Debtors

Bankruptcy Case No. 06-31986
Chapter 11

Bankruptcy No. 06-31766

**Jointly Administered**

and it is, further

  **ORDERED,** that a docket entry shall be made in the case of Jemsek Clinic, P.A. substantially as follows:

   "An Order has been entered in this case directing joint administration of this case with the Chapter 11 bankruptcy case of Joseph Gregory Jemsek, case no. 06-31986. The docket for Joseph Gregory Jemsek should be consulted for all matters affecting this case."

This Order has been signed
electronically.  The judge's
signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court